### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILMAR LEOMIN CONTRERAS | * | |
| | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | Case No.: 1:11-cv-00967-JEB |
| | * | |
| PEACOCK CAFÉ, INC. | * | |
| | * | |
| DEFENDANT. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARILY DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

The parties in the above action have agreed in terms to a settlement of all claims alleged in the above referenced matter. Accordingly, Plaintiff requests that this Court enter an Order declaring that all counts alleged by Plaintiff against Defendant in this matter be dismissed, with prejudice.

Dated: August 15, 2011                    Respectfully submitted,

                                          _____/s/_____
                                          Gregg C. Greenberg, Bar No. MD17291
                                          The Zipin Law Firm, LLC
                                          8403 Colesville Road, Suite 610
                                          Silver Spring, Maryland 20910
                                          Phone: 301-587-9373
                                          Fax: 301-587-9397
                                          Email: ggreenberg@zipinlaw.com

                                          *Counsel for Plaintiff*